IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF MUSICIANS OF THE UNITED STATES AND CANADA, AFL-CIO | )<br>)<br>) No. 3-12-0969 |
| v. | ) |
| JIMMY L. ADAMS d/b/a J.A.M, LLC; and JIMMY ADAMS MEDIA, LLC | )<br>)<br>) |

O R D E R

The plaintiff's motion to reschedule initial case management conference (Docket Entry No. 14) is GRANTED.

The initial case management conference, rescheduled by order entered October 31, 2012 (Docket Entry No. 11), is again RESCHEDULED to **Wednesday, December 5, 2012, at 11:00 a.m.,** in Courtroom 764, U.S. Courthouse, 801 Broadway, Nashville, TN.

Except as provided above, the October 31, 2012, order remains in full force and effect.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge