IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF MUSICIANS OF THE UNITED STATES AND CANADA, AFL-CIO | ) ) ) ) |
| | ) No. 3-12-0969 |
| v. | ) ) |
| JIMMY L. ADAMS d/b/a J.A.M, LLC; and JIMMY ADAMS MEDIA, LLC | ) ) ) ) |

CASE MANAGEMENT ORDER # 2

By contemporaneously entered order, the Court has approved and entered the parties' proposed initial case management order, with modifications addressed at the initial case management conference held on December 5, 2012. Those modifications and other matters addressed on December 5, 2012, are as follows:

1. Defendants' second motion for extension of time to respond to the plaintiff's complaint (Docket Entry No. 17) was GRANTED.

The time for the defendants to file a response to the plaintiff's complaint is further extended to December 7, 2012.

2. If the defendants file a motion to dismiss, the plaintiff shall have 14 days from the filing of the motion or until December 21, 2012, if the motion to dismiss is filed on December 7, 2012, to file a response. Any reply, if necessary shall be filed within seven (7) days of the filing of the response or by December 28, 2012, if the response is filed on December 21, 2012.

No other filings in support of or in opposition to any such motion to dismiss shall be made after December 28, 2012, except with the express permission of the Honorable Todd J. Campbell.

3. The parties shall serve initial disclosures in accord with Rule 26(a)(1) of the Federal Rules of Civil Procedure by January 4, 2013.

4. Counsel for the parties shall convene a telephone conference call with the Court on **Friday, February 1, 2013, at 3:00 p.m., central time,** to be initiated by defendants' counsel, to address the status of the case, the potential for settlement, propriety of ADR, and any other appropriate matters.

5. Any amended pleading may be filed without leave of Court or consent of opposing counsel by March 15, 2013.

6. The plaintiff shall have until June 21, 2013, to serve expert disclosures in accord with Rule 26(a)(2) of the Federal Rules of Civil Procedure.

7. The defendants shall have until July 22, 2013, to serve Rule 26(a)(2) expert disclosures.

8. Any rebuttal expert disclosures shall be served by August 12, 2013.

9. All expert discovery shall be completed by August 30, 2013.

10. Any discovery motion shall be filed by August 30, 2013.

11. Any motion to amend the pleadings shall be filed by August 30, 2013.

12. Any dispositive motion shall be filed by September 30, 2013. Any response shall be filed within 28 days of the filing of the motion or by October 28, 2013, if the motion is filed on September 30, 2013. Any reply, if necessary, shall be filed within 14 days of the filing of the response or by November 11, 2013, if the response is filed on October 28, 2013.

No other filings in support of or in opposition to any dispositive motion shall be made after November 11, 2013, except with Judge Campbell's express permission.

There shall be no stay of discovery prior to the August 30, 2013, deadline for completion of fact and expert discovery even if a dispositive motion is filed prior thereto.

No party shall file more than one Rule 12 motion to dismiss or more than one Rule 56 motion for summary judgment. If the defendants file a motion to dismiss on or before December 7, 2012, they shall not be entitled to file any additional motions to dismiss.

13. The trial, pretrial conference and the parties' obligations prior to the pretrial conference will be addressed by separately entered order.

Based on the deadlines provided above, it is recommended that a bench trial be scheduled no earlier than February 11, 2014. The parties estimate that the trial could take as many as five (5) days.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge