IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF MUSICIANS OF THE UNITED STATES AND CANADA, AFL-CIO | ) ) ) ) |
| v. | No. 3-12-0969 |
| JIMMY L. ADAMS d/b/a J.A.M, LLC; and JIMMY ADAMS MEDIA, LLC | ) ) ) ) |

O R D E R

Pursuant to the order entered December 6, 2012 (Docket Entry No. 24), counsel for the parties called the Court on February 1, 2013, at which time they advised that the defendants have not yet made a settlement proposal but that they hope to do so within 3-4 weeks. However, until and unless the parties are able to reach a resolution of the case, they will proceed in accord with the orders entered December 6, 2012 (Docket Entry Nos. 23-24).

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge