IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| AMERICAN FEDERATION OF MUSICIANS OF THE UNITED STATES AND CANADA, AFL-CIO | ) ) ) ) | No. 3-12-0969 |
| v. | ) ) | |
| JIMMY L. ADAMS d/b/a J.A.M, LLC; and JIMMY ADAMS MEDIA, LLC | ) ) ) | |

O R D E R

Counsel for the parties called the Court on April 25, 2013, at which time counsel addressed the plaintiff's outstanding written discovery to which the defendants have not yet responded, the defendants' objections to the written discovery, and defendants' request for a protective order as to at least some of the requested documents. Counsel also addressed any remaining potential for settlement. Defendants' counsel advised that he understood that the defendants might be in a position to effectuate a settlement. As a result, a further telephone conference call was scheduled on May 1, 2013, at which time defendants' counsel advised that the defendants were not in a position to effectuate a settlement under the previous terms, but defendants' counsel committed to determining if any offer could be made.

Counsel for the parties shall convene another telephone conference call with the Court on **Tuesday, May 7, 2013, at 10:00 a.m., central time,** to address whether the defendants have made a firm and realistic offer, the plaintiff's position on the offer, and, if a resolution of this case is not possible, to address the plaintiff's outstanding written discovery, any protective order suggested by the defendants, and any other appropriate matters.

It is so ORDERED.

Juliet Griffin
JULIET GRIFFIN
United States Magistrate Judge