IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

AMERICAN FEDERATION OF          )
MUSICIANS OF THE UNITED         )
STATES AND CANADA, AFL-CIO      )          No. 3-12-0969
                                )
v.                              )
                                )
JIMMY L. ADAMS d/b/a J.A.M,      )
LLC; and JIMMY ADAMS MEDIA,     )
LLC                             )

O R D E R

As scheduled during the telephone conference call on May 1, 2013, and as provided in the order entered May 6, 2013 (Docket Entry No. 27), counsel for the parties called the Court on May 7, 2013, at which time they advised that they had reached a resolution of this case.

By May 15, 2013, the parties shall file an agreed order of dismissal.

The Clerk is directed to forward the file in this case to the Honorable Todd J. Campbell for his consideration of the parties' agreed order of dismissal to be filed no later than May 15, 2013.[1]

Unless otherwise directed by the Court or upon motion of the parties, there will be no further proceedings before the Magistrate Judge in this case.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge

---

[1] By order entered December 10, 2012 (Docket Entry No. 25), the pretrial conference and bench trial were scheduled on February 10, 2014, and February 18, 2014, respectively.