IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| AMERICAN FEDERATION OF MUSICIANS OF THE UNITED STATES AND CANADA, AFL-CIO, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 3:12-0969 |
| vs. | ) ) | Judge Campbell |
| JIMMY L. ADAMS d/b/a J.A.M., LLC, and JIMMY ADAMS MEDIA LLC, | ) ) ) ) | Magistrate Judge Griffin |
| Defendants. | ) | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

By agreement of the Parties, as evidenced by the signatures of counsel appearing below, the Parties agree that all claims against Defendants Jimmy L. Adams d/b/a J.A.M., LLC and Jimmy Adams Media LLC, should be dismissed with prejudice.

WHEREFORE, it is hereby ordered that all claims against Defendants Jimmy L. Adams d/b/a J.A.M., LLC and Jimmy Adams Media LLC are dismissed with prejudice.

_____
DISTRICT JUDGE TODD J. CAMPBELL

1

Agreed To By:


s/ Timothy L. Warnock
Timothy L. Warnock (BPR #12844)
Riley Warnock & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203
(615) 320-3700 – telephone
(615) 320-3737 – facsimile
twarnock@rwjplc.com

*Attorney for Defendants*


s/ R. Jan Jennings w/p by Timothy L. Warnock
R. Jan Jennings, BPR No. 1536
Branstetter, Stranch & Jennings, PLLC
227 Second Avenue North, 4th Floor
Nashville, Tennessee 37201
Tel: (615) 254-8801

Jennifer P. Garner, *pro hac vice*
American Federation of Musicians
1501 Broadway, Suite 600
New York, New York 10036
Tel: (917) 229-0290

*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been served upon counsel of record via the Court's ECF system.

R. Jan Jennings, BPR No. 1536
Branstetter, Stranch & Jennings, PLLC
227 Second Avenue North, 4th Floor
Nashville, Tennessee 37201
Tel: (615) 254-8801
Email: jan@branstetterlaw.com

Jennifer P. Garner, *pro hac vice*
American Federation of Musicians
1501 Broadway, Suite 600
New York, New York 10036
Tel: (917) 229-0290
Email: jgarner@afm.org

*Attorneys for Plaintiff*

this 13th day of May, 2013.

/s  Timothy L. Warnock